FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

3.9.2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) |
| ADEIS JONATHAN FRANCIS | ) Case No. |
| a/k/a "Jay" | )  3:26-mj- 1088-MCR |
|  | ) |
|  | ) |
|  | ) |
| _____ | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 17, 2026 - March 6, 2026  in the county of  Duval and St. Johns  in the

Middle  District of  Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted enticement of a minor to engage in illegal sexual activity |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Daniel Moxley, Special Agent, FBI
_____
Printed name and title

Sworn to before me and signed in my presence.

Date:  3/9/26

_____
Judge's signature

City and state:       Jacksonville, Florida

Monte C. Richardson, United States Magistrate Judge
_____
Printed name and title

## AFFIDAVIT

I, Daniel Moxley, being duly sworn, state as follows:

1.     I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed since July 2017. I am currently assigned to the Jacksonville, Florida Division of the FBI, where I conduct investigations involving child sexual exploitation. Prior to this assignment, I was employed as an Intelligence Analyst and Management and Program Analyst for the FBI for approximately 7 years. I have bachelor's degrees in economics and political science. I have received law enforcement training from the FBI Academy at Quantico, Virginia. A substantial portion of my duties are dedicated to investigating cases involving crimes against children under the auspices of the FBI's "Innocent Images" National Initiative. Since becoming a Special Agent, I have worked with experienced Special Agents who also investigate child exploitation offenses, as well as with experienced Assistant United States Attorneys who prosecute these offenses. I have been involved in searches of residences and devices pertaining to the solicitation, production, receipt, distribution, and possession of child pornography, as well as the enticement and attempted enticement of minors to engage in sexual activity through the execution of search warrants. I have also worked in an undercover capacity in the investigation of matters involving the solicitation, production, receipt, distribution, and possession of child pornography, as well as the enticement and attempted enticement of minors to engage in illegal sexual activity.

2.      I have investigated, and assisted in the investigation of, criminal matters involving the sexual exploitation of children that constituted violations of 18 U.S.C. §§ 2251, 2252, and 2422(b). As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3.      The statements contained in this affidavit are based on information I obtained from my personal observations as well as from records and information directly provided to me by other law enforcement officers and personnel. This affidavit is being submitted for the limited purpose of establishing probable cause for the filing of a criminal complaint, and I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that ADEIS JONATHAN FRANCIS, a/k/a "Jay," has committed a violation of 18 U.S.C. § 2422(b), that is, attempted enticement of a minor to engage in illegal sexual activity.

4.      I make this affidavit in support of a criminal complaint to be filed against ADEIS JONATHAN FRANCIS, a/k/a "Jay," that is, from on or about February 17, 2026 through on or about March 6, 2026, in the Middle District of Florida, and elsewhere, ADEIS JONATHAN FRANCIS, a/k/a "Jay," using facilities of interstate commerce, that is, by cellular telephone via the Internet, did knowingly attempt to persuade, induce, entice, and coerce a person whom ADEIS JONATHAN FRANCIS, a/k/a "Jay," believed had not reached the age of 18 years, that is, a 13-year-old minor, to engage in sexual activity for which a person can be

2

charged with a criminal offense under the laws of the state of Florida, that is, the crime of lewd or lascivious battery against a person 12 years of age or older but less than 16 years of age, in violation of Section 800.04(4)(a)1., Florida Statutes, all in violation of 18 U.S.C. § 2422(b).

5.    On February 17, 2026, I was acting in the capacity of an undercover persona with the Northern District of Florida and began conducting an online undercover operation designed to identify adult individuals who were seeking to contact and engage in illegal sexual activity with minor children. At all times relevant described herein, I was located during this investigation either within the Northern District of Florida or within the Jacksonville Division of the Middle District of Florida and was using an FBI-owned cellular telephone with access to the Internet. While working online in an undercover capacity, I was logged into a particular social media application (the "app") and had a pre-existing profile that depicted a female individual. The profile photo of this account depicted a young-looking female that was manipulated using age-regression software to appear to be a minor.

6.    Based on my training and experience, I know that this app is often used to allow individual users to meet online, engage in conversation through private messages, and share photos. I also know that this app has been used by individuals who seek to identify other individuals who are interested in meeting minors for illegal sexual activity.

3

7.      Later on February 17, 2026, while I was working online in this undercover capacity, I received a private message from an app user named "Jay" that read "yoo hmu 8505707513". The UC responded to app user "Jay" with a message that read "hii" and a follow-up message that contained an undercover telephone number.

8.      At this point, the online conversation with app user "Jay" transitioned to text message using the UC cellular telephone number. During the text message conversation, app user "Jay" used telephone number 850-570-7513.

9.      From February 17, 2026 through March 6, 2026, app user "Jay" and I exchanged several text messages using at least one cellular telephone. On or after February 23, 2026, I was located within the Jacksonville District of the Middle District of Florida. During this period, I made copies of, and preserved as evidence, the photos and messages exchanged between me (also referred to as the "UC" herein) and app user "Jay". These conversations occurred through the app over the Internet, and on my FBI-owned cellular telephone, both of which I know, based on my training and experience, are facilities of interstate commerce.

10.     The text message conversation between me and app user "Jay" that occurred on February 17, 2026, reads as follows:

JAY:                 Hey this is Jay from meet me

11.     The text message conversation between me and app user "Jay" that occurred on February 18, 2026, reads as follows:

4

| | |
|---|---|
| UC: | hii |
| JAY: | Who this? |
| UC: | nvm bye |
| JAY: | Oh never mind I remember |
| JAY: | [UC name for the purported 13-year-old] |
| JAY: | I forgot to save your number |
| JAY: | What's up do you want to pull up |
| UC: | What no i don't even kno u |
| UC: | and i'm not in jax rn |
| JAY: | Ok |
| UC: | lol sryyy |
| UC: | nfl u don't wanna see me fr i'm only 13 lol |
| JAY: | So what made you hit me up ? |
| JAY: | You don't even look 13 |
| UC: | swear i am but okayyy |
| JAY: | I must look good to you or some ? |
| UC: | ur not ugly lol |
| JAY: | Lol appreciate it |
| JAY: | What side you on? |
| UC: | wym |
| JAY: | I'm saying you ok with talking to me? |
| JAY: | You is fine |
| UC: | ya if u are ok |
| UC: | how old are u tho |
| JAY: | 25 |
| UC: | [3 emojis] |
| UC: | swear ur not made bc my age tho right |
| JAY: | No I'm not |
| UC: | okayyy |
| JAY: | Send me some more pictures |
| JAY: | Wyd |
| JAY: | ?? |
| UC: | [Photo sent depicting what appears to be a minor female in her room wearing a pink shirt, but is not a minor] |
| UC: | [Photo sent depicting what appears to be a minor female in her room wearing a camouflage shirt, but is not a minor] |
| JAY: | You got a ig |
| JAY: | Those are the same 2 pics on the app |
| JAY: | Send me more pics |
| JAY: | And wyd |
| UC: | [Photo sent depicting what appears to be a minor |

5

|  |  |
|---|---|
|  | female in the bathroom wearing a black shirt, but is not a minor] |
| UC: | [Photo sent depicting what appears to be a minor female in her room wearing a pink/white shirt, but is not a minor] |
| JAY: | Wyd ? |
| UC: | nothing wbu |
| JAY: | Shit you wanna get otp |
| UC: | no |
| JAY: | So when you coming back to jax |
| UC: | sat or sunday |
| JAY: | You gone gone be on the westside ? |
| UC: | um no lol |
| JAY: | Why you say it like that |
| JAY: | What you like to do |
| UC: | i'm just saying i'm not |
| JAY: | I wanna see you n get to know you |
| UC: | i'm in pensacola rn lol |

12.     The text message conversation between me and app user "Jay" that

occurred on February 19, 2026, reads as follows:

|  |  |
|---|---|
| JAY: | Ok |
| UC: | yeppp sry |
| UC: | ima be back on Sunday |
| JAY: | OK cool |
| UC: | i like pensacola tho it's nice |
| UC: | have u ever been |
| JAY: | Yea passing thru there otw to another city |
| JAY: | I think I been there like one time thooo |
| UC: | oh okayyy |
| UC: | i wish I could live here it's been then jax |
| JAY: | Ohh yeahh I bett |

13.     The text message conversation between me and app user "Jay" that

occurred on February 23, 2026, reads as follows:

|  |  |
|---|---|
| JAY: | Good morning |
| UC: | hii |
| JAY: | How you doing |
| UC: | at school wbu |

6

| | |
|---|---|
| UC: | wyd |
| JAY: | Chilling |
| JAY: | Hbu |
| UC: | same |

14.    On March 4, 2026, I received a text message from app user "Jay" that read "Hey can I come see you".

15.    The text message conversation between me and app user "Jay" that occurred on March 5, 2026, reads as follows:

| | |
|---|---|
| UC: | um when |
| JAY: | Today |
| UC: | i got school |
| UC: | lol do u even remember me |
| JAY: | Yes I do |
| UC: | ya okayyy |
| JAY: | You cute fr |
| UC: | so u know i'm 13 and got school today then |
| JAY: | Yea |
| UC: | k |
| UC: | what do u even wanna do |
| JAY: | I wanna get to know you better n stuff |
| JAY: | Whatever you wanna do |
| UC: | why |
| JAY: | Cuz I want to |
| JAY: | I like you |
| UC: | u stopped txting me |
| JAY: | Wym |
| UC: | like u didnt txt for like 2 weeks lol |
| JAY: | I thought you was still outta town |
| JAY: | I wanna link up somewhere with you |
| JAY: | You could come over if you wanted |
| UC: | i cant drive yet tho |
| JAY: | You know the bus run over here |
| UC: | um no |
| UC: | im not doing that sry |
| JAY: | Or we can meet it don't matter |
| JAY: | So I gotta question |
| UC: | what |
| JAY: | You like em tall work dreads |

7

| | |
|---|---|
| JAY: | Tall with dreads? |
| UC: | maybe why |
| JAY: | Cuz I am |
| UC: | lemme see |
| JAY: | [Photo sent depicting an adult male in a hallway wearing a black shirt] |
| JAY: | [Photo sent depicting an adult male with dark hair and facial hair] |
| JAY: | Send me some pictures and I'm talking about some new ones |
| UC: | [Photo sent depicting what appears to be a minor female with dark hair in a blue shirt, but is not a minor] |
| JAY: | Are you a virgin? |
| UC: | why lol |
| JAY: | Cuz I wanna know |
| UC: | are u |
| JAY: | No |
| UC: | i never had sex before [emoji] |
| JAY: | Oh yeah |
| JAY: | You thought about it ? |
| UC: | um ya |
| UC: | why tho |
| JAY: | I can show you some |
| UC: | wym |
| JAY: | I can show you how to have sex fr |
| UC: | how |
| JAY: | We gone link up and imma show you |
| UC: | lol wym how can u show me |
| JAY: | By turning you over and putting it in you |
| UC: | omg |
| UC: | really |
| JAY: | Yea I can really show you how you do it fr |
| UC: | will u tell ppl |
| JAY: | No |
| UC: | swear |
| JAY: | Yes I swear |
| JAY: | Aint nobody gone know shit |
| JAY: | I don't talk like that anyways to anyone |
| UC: | are u gonna wear a condom tho |
| JAY: | Yeah |
| UC: | k i never done it before so dont be made |
| JAY: | Okay |

8

| | |
|---|---|
| UC: | u really wanna tho |
| JAY: | Yea I wanna hit it from the back |
| JAY: | Imma show you how to get e up |
| UC: | wym |
| JAY: | How to throw it back |
| UC: | lol how like tell me what to do u mean |
| JAY: | Imma show you baee |
| JAY: | Imma put it in while you bent over and show you wassup |
| UC: | omg |
| UC: | lol u fr??? |
| JAY: | Yea |
| JAY: | Don't show no one out messages |
| JAY: | Our* |
| UC: | okay how tho do u drive |
| UC: | k i wont |
| JAY: | I be riding the bus n shit but sometimes I drive |
| UC: | how are u gonna get here tho |
| JAY: | The bus |
| UC: | k when |
| JAY: | When can I come? |
| UC: | i think a bus comes to the town center sometimes idk |
| JAY: | It do tho |
| JAY: | You want me to come later ? |
| UC: | i cant my mom will be here |
| UC: | i think |
| JAY: | Okay |
| UC: | what if i dont go to school tmrw |
| JAY: | Then we can do it at your house |
| JAY: | That's what you plan on doing ? |
| UC: | i mean nobody will be there |
| JAY: | Ok |
| UC: | k so ima stay home then and ur gonna come??? |
| UC: | this is wild fr lol |
| JAY: | Yea |
| JAY: | Why you say that |
| UC: | idk i never done it before |
| UC: | hows it gonna be |
| JAY: | wanna video call when I get home and it's gone be good . You gone like it . |
| UC: | um no lol |
| UC: | i hate ft |

9

| | |
|---|---|
| JAY: | Ok |
| UC: | like how are we gonna do it tho |
| UC: | like u coming |
| JAY: | Yes imma hit it from the back with you bent over |
| UC: | wait from the back wym |
| JAY: | Imma put my dick inside of you with you bent over doggie style |
| UC: | omg |
| UC: | we crazy fr |
| JAY: | We gone be good and I have a big dick |
| UC: | ngl im kinda nervous lol |
| JAY: | Why |
| UC: | idk im fine lol |
| JAY: | So we linking tomorrow right ? |
| JAY: | We gone be okay |
| JAY: | Imma make you feel good |
| UC: | what time are u gonna come |
| JAY: | Soon as your ppl leave |
| UC: | um my mom leaves at like 10 i think |
| JAY: | Ok |
| JAY: | Send me some sexy pictures like make some |
| UC: | wym |
| JAY: | Send me some pictures |
| JAY: | Different ones |
| UC: | [Photo sent depicting what appears to be a minor female wearing a white jacket, but is not a minor] |
| UC: | [Photo sent depicting what appears to be a minor female wearing volleyball attire, but is not a minor] |
| UC: | [Photo sent depicting what appears to be a minor female at an ice cream store, but is not a minor] |
| JAY: | Ok that's cute |
| JAY: | Lemme see some booty pics |
| UC: | [three laughing emojis] |
| JAY: | Lol I'll hit you up tomorrow |
| UC: | [Photo sent depicting what appears to be a minor female wearing a bathing suit in a dressing room, but is not a minor] |
| UC: | k what time are u gonna come like really i should not go to school??? |
| UC: | like ur really gonna come |
| JAY: | Yea like literally |
| JAY: | Send me your address now so when your people leave I'll be otw |

10

| | |
|---|---|
| UC: | i live in the town center |
| JAY: | Where at |
| UC: | kinda by target |
| JAY: | Idk we're that's at I'm not from here |
| UC: | the st johns town center |
| JAY: | Okok I see it |
| UC: | okayyy |

16.    Also on March 5, 2026, FBI Staff Operations Specialist L. Harrell queried law enforcement databases for telephone number 850-570-7513 and advised me the results. Results returned a possible user of telephone number 850-570-7513 as "ADEIS JONATHAN FRANCIS," physical address "1214 Labelle Street, #27, Jacksonville, FL 32205", date of birth "08/XX/2000".

17.    On the same day, I reviewed the Florida Driver and Vehicle Information Database (DAVID) for ADEIS JONATHAN FRANCIS and the photo of FRANCIS contained therein. Results of this query revealed that ADEIS JONATHAN FRANCIS, date of birth 08/XX/2000, was associated with a residential address in Tallahassee, Florida. The photo of FRANCIS contained on his Florida DAVID record depicted an adult male with dark hair.

18.    I compared the photo displayed on the profile for app user "Jay" and the photos of the adult male sent to me (the UC) by telephone number 850-570-7513 to the Florida DAVID driver's license photo of ADEIS JONATHAN FRANCIS. Based on my review, I believe that the photo displayed on app user "Jay's" profile, the photos of the adult male sent by telephone number 850-570-7513, and the photo identified as ADEIS JONATHAN FRANCIS on the official Florida DAVID website, depict the same person, that is, ADEIS JONATHAN FRANCIS.

11

19.    The text message conversation between me and app user "Jay" that

occurred on March 6, 2026, reads as follows:

| | |
|---|---|
| JAY: | Good morning |
| UC: | hii |
| JAY: | Wyd |
| UC: | just woke up |
| UC: | wbu |
| JAY: | Same not too long ago |
| UC: | are u coming here |
| JAY: | Yea |
| UC: | really when |
| JAY: | When can you send me your address I be getting confused as hell when I get somewhere and it's a whole apartment complex and I have no apartment number |
| JAY: | What's your address |
| JAY: | Im finna get on the bus |
| JAY: | Ig you changed plans |
| UC: | sry i was telling my mom im not going |
| JAY: | Okay |
| UC: | i live at [the predetermined meeting location] |
| JAY: | I need a address |
| UC: | [address of predetermined meeting location] |
| JAY: | Okay |
| JAY: | Im otw |
| UC: | my moms still here tho |
| JAY: | Okay |
| UC: | when are u gonna be here |
| JAY: | Soon as your people leave |
| UC: | she is leaving in like a min |
| JAY: | Ok |
| UC: | k she gone |
| JAY: | Ok I'm otw |
| UC: | k what time are u gonna be here |
| UC: | do u know what time |
| JAY: | 12 |
| JAY: | I'll be there |
| UC: | like 12 or in 12 minutes [confused emoji] |
| JAY: | 12 |
| UC: | omg how far away do u live |
| JAY: | I would of called a Uber but that shit was high |

| JAY: | I stay on the Westside |
|---|---|
| UC: | are u on the bus |
| JAY: | Yea I'm otw right now |
| UC: | that takes super long fr |
| JAY: | It do but I be going thru it thoo |
| UC: | aw okay [smiley face emoji] |
| UC: | lemme know when ur close |
| JAY: | Ok love |
| JAY: | 30 min away |
| JAY: | Almost there |
| JAY: | What's your apt number |
| UC: | theres a gate ima just let u in |
| JAY: | Ok |
| JAY: | Im here |
| UC: | k go to the back gate by the garage |

20.     On March 6, 2026, FBI agents who were working with me on this investigation and with whom I communicated, traveled to the proposed meeting location in Jacksonville that had been agreed upon and discussed by me and FRANCIS in our private text message conversations. This was done in an effort to locate and make contact with app user "Jay," whom I believe to be ADEIS JONATHAN FRANCIS.

21.     Also on March 6, 2026, FBI SA Temali Mercado was conducting surveillance at the Jacksonville Regional Transportation Center in downtown Jacksonville, Florida. At approximately 10:42 AM, SA Mercado observed an adult male wearing a black tank top and black pants who matched the physical description of FRANCIS. This information was communicated to me.

22.     At approximately 11:21 AM, SA Mercado observed the adult male, who matched the physical description of FRANCIS and was later identified as

FRANCIS, board bus number 3808 on bus line 8. This information was communicated to me.

23.    Using her FBI vehicle, SA Mercado followed and conducted surveillance of bus 3808 as it traveled, with FRANCIS on board, from the Jacksonville Regional Transportation Center to the vicinity of the predetermined meeting location in Jacksonville.

24.    Upon arrival to the vicinity of the predetermined meeting location, several FBI agents observed this same adult male, who matched the physical description of FRANCIS and was later identified as FRANCIS, walk towards the predetermined location.

25.    At approximately 12:40 PM, I observed the adult male, who matched the physical description of FRANCIS and was later identified as FRANCIS, walking towards the predetermined location. I made a positive identification that this adult male was in fact ADEIS JONATHAN FRANCIS based upon my comparison of his appearance with the photos discussed above.

26.    A short time later, several other participants of the FBI arrest team observed FRANCIS arrive at the predetermined meeting location, and FRANCIS was arrested.

27.    While FRANCIS was being taken into custody, the cellular phone that FRANCIS was holding and using dropped onto the ground, and this device was recovered incident to FRANCIS' arrest and was seized as evidence by FBI SA CJ Goodman. This information was communicated to me.

14

28.     SA Goodman provided me with the cellular phone recovered from FRANCIS incident to his arrest. I observed several notifications displayed on the lock screen of FRANCIS' cellular phone, including a notification indicating the GPS mapping application was active and the address of the predetermined meeting location was entered as the destination.

29.     Additionally, following FRANCIS' arrest and seizure of his cellular phone incident to his arrest, I sent a text from my undercover cellular phone to telephone number "850-570-7513" that read "where". Upon my sending this text message, I observed a notification displayed on FRANCIS' cellular phone lock screen indicating an incoming text message from my undercover telephone number had been received.

30.     FRANCIS was transported in custody to the FBI Jacksonville Field Office located at 6061 Gate Parkway, Jacksonville, Florida 32256.

31.     Later on March 6, 2026, FBI SA Christopher Parris and I conducted a post-arrest interview of FRANCIS at the FBI office. This interview was recorded on audio and video. After being advised of his constitutional rights, FRANCIS acknowledged his rights verbally and agreed to speak with us. I asked FRANCIS to provide his name at which time he advised he did not want to speak to the agents and the interview was terminated. As the agents were leaving the room, FRANCIS told the agents he wished to speak to them and continue the interview. During this interview, FRANCIS stated, in summary and among other things, the following:

    a. FRANCIS stated he "does not know" why he was arrested and that he was "walking past the [vicinity of the predetermined meeting location]".

    b. FRANCIS stated took an Uber from the northside of Jacksonville to the "mall" and that he was "walking by" to get an Uber home. FRANCIS stated he "looked around" and "got something to eat" while he was at the "mall." FRANCIS would not say where he ate or the type of meal he ate. FRANCIS again stated he "took an Uber."

    c. When asked to provide his telephone number, FRANCIS declined.

    d. FRANCIS stated, "I don't want to go to jail."

    e. FRANCIS stated that he did not travel to the "mall" to meet anyone.

    f. When asked if the Uber application on FRANCIS' phone would support his claim that he took an Uber to the "mall," FRANCIS stated that "somebody called an Uber for me."

    g. FRANCIS stated he uses his cellular phone to go to work but is unemployed. FRANCIS stated he does not use any social media.

32.   At this point during the interview, I asked FRANCIS if he had taken a bus to the [vicinity of the predetermined meeting location]. FRANCIS responded that he did not want to speak to the agents and the interview was terminated.

16

33.     Based upon the foregoing, I have probable cause to believe that from on

or about February 17, 2026, through on or about March 6, 2026, in the Middle

District of Florida, and elsewhere, defendant, ADEIS JONATHAN FRANCIS,

a/k/a "Jay," using facilities of interstate commerce, that is, by cellular telephone and

the Internet, did knowingly attempt to persuade, induce, entice, and coerce a person

whom ADEIS JONATHAN FRANCIS, a/k/a "Jay," believed had not reached the

age of 18 years, that is, a 13-year-old minor, to engage in sexual activity for which

any person can be charged with a criminal offense under the laws of the state of

Florida, that is, the crime of lewd or lascivious battery against a person 12 years of

age or older but less than 16 years of age, in violation of Section 800.04(4)(a)1.,

Florida Statutes, all in violation of 18 U.S.C. § 2422(b).


_____
DANIEL MOXLEY, Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me this ____9th____ day of March, 2026, at Jacksonville,
Florida.

_____
MONTE C. RICHARDSON
United States Magistrate Judge


17